USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
FILED: 5/24/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------X

LARRY ENRIQUEZ, Individually  :
And On Behalf Of All Others  :
Similarly Situated,  :

                        :

           Plaintiff,  :

                        :

    - against -  :

                        :

NABRIVA THERAPEUTICS PLC,  :
et al.,  :

                        :

          Defendants.  :

-------------------------------X

ANTHONY MANNA, Individually  :
And On Behalf Of All Others  :
Similarly Situated,  :

                        :

           Plaintiff,  :

                        :

    - against -  :

                        :

NABRIVA THERAPEUTICS PLC,  :
et al.,  :

                        :

          Defendants.  :

-------------------------------X

19 Civ. 4183 (VM)

19 Civ. 4713 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Upon review of the complaints and other papers filed with the Court in connection with the two cases captioned above, the Court noted that in all material respects the complaints describe the same or substantially similar underlying events arising out of the same or substantially similar operative facts, and assert the same or substantially similar claims against the same defendants. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to consolidate these actions for pretrial purposes; and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the remaining lower numbered case, 19 Civ. 4183; and it is finally

**ORDERED** that the Clerk of Court close the referenced higher numbered case, 19 Civ. 4713, as a separate action and remove it from the Court's docket.

**SO ORDERED.**

Dated:     New York, New York
           24 May 2019

                                Victor Marrero
                                U.S.D.J.