IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY ENRIQUEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NABRIVA THERAPEUTICS PLC, and TED SCHROEDER,<br><br>　　　　　Defendants. | No. 1:19-CV-04183 (VM) |
| ANTHONY MANNA, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NABRIVA THERAPEUTICS PLC, and TED SCHROEDER,<br><br>　　　　　Defendants. | No. 1:19-CV-04713 (VM) |

**<u>NOTICE OF APPEARANCE</u>**

　　　　PLEASE TAKE NOTICE that Tamar Kaplan-Marans of Wilmer Cutler Pickering Hale and Dorr LLP hereby respectfully enters her appearance as counsel for Defendants Nabriva Therapeutics PLC and Ted Schroeder in the above-captioned actions, and respectfully requests that all subsequent papers be served upon her at the address indicated below. I certify that I am admitted to practice in this court.

Dated: New York, New York
       June 26, 2019

Respectfully submitted,

/s/ Tamar Kaplan-Marans
Tamar Kaplan-Marans
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8809
Fax: (212) 230-8888
tamar.kaplan-marans@wilmerhale.com

*Attorney for Defendants*