# EXHIBIT C

## Loss Chart

**Company Name:** Nabriva Therapeutics plc
**Ticker:** NBRV
**Class Period:** July 24, 2018 to April 30, 2019
**Name:** Larry Enriquez

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 4/12/2019 | 106 | $2.74 | -$290.4400 | | $0.0000 | -$290.44 |
| 4/12/2019 | 4,694 | $2.75 | -$12,908.5000 | | $0.0000 | -$12,908.50 |
| 5/1/2019[3] | -4,800 | | $0.0000 | $2.21 | $10,615.5202 | $10,615.52 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Remaining:** | **0** | | | | **Subtotal:** | **-$2,583.42** |
| | | | **90-Day Average Price**[1] | **Shares Remaining** | **90-Day Average:** | $0.00 |
| | | | $2.2898 | 0 | **Total:** | **-$2,583.42** |

(1) Using the average closing price between May 1, 2019 and July 5, 2019.

Note: post-class period sales valued using the greater of: (2) the average closing price between the end of the class period and the sales date or (3) the actual sales price.