UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY ENRIQUEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NABRIVA THERAPEUTICS PLC and TED SCHROEDER,<br><br>Defendants. | Case No.  1:19-cv-04183-VM |

**DECLARATION OF JEREMY A. LIEBERMAN**
**IN SUPPORT OF MOTION OF JONATHAN SCHAEFFER FOR**
**APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL**

I, Jeremy A. Lieberman, Esq., hereby declare as follows:

1.    I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of Jonathan Schaeffer ("Schaeffer"), and have personal knowledge of the facts set forth herein.  My office is located at 600 Third Avenue, New York, New York 10016.

2.    I make this Declaration in support of Schaeffer's motion for appointment as Lead Plaintiff and approval of his selection of Pomerantz and Holzer & Holzer, LLC ("Holzer") as Co-Lead Counsel for the Class.

3.    Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Loss chart of Schaeffer;

Exhibit B:    Press release published over *Business Wire* on May 9, 2019, announcing the pendency of the above-captioned action;

Exhibit C:    Shareholder Certification;

Exhibit D:    Firm resume of Pomerantz; and

Exhibit E:    Firm resume of Holzer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on July 8, 2019, at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1