# EXHIBIT A

**Nabriva Therapeutics (NBRV)**
**Class Period: November 1, 2018 to April 30, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Client | Purchase Date | Purchase Quantity | Purchase Price | Amount | Sale Date | Sale Quantity | Sale Price | Amount | Shares Retained | 69-Day Lookback $2.2898 Estimated Value | Estimated Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Schaeffer, Jonathan | 4/26/2019 | 1,100 | $2.6850 | ($2,954) | 4/26/2019 | (457) | $2.7750 | $1,268 | | | |
| Schaeffer, Jonathan | 4/26/2019 | 4,500 | $2.6899 | ($12,105) | 4/26/2019 | (5,143) | $2.7700 | $14,246 | | | |
| Schaeffer, Jonathan | 4/26/2019 | 544 | $2.8200 | ($1,534) | 4/29/2019 | (1,650) | $2.8701 | $4,736 | | | |
| Schaeffer, Jonathan | 4/26/2019 | 5,226 | $2.8199 | ($14,737) | 4/29/2019 | (2,200) | $2.8750 | $6,325 | | | |
| Schaeffer, Jonathan | 4/29/2019 | 5,100 | $2.8900 | ($14,739) | 4/29/2019 | (1,376) | $2.8700 | $3,949 | | | |
| Schaeffer, Jonathan | 4/29/2019 | 4,983 | $2.9000 | ($14,451) | 5/1/2019 | (17,086) | $2.1700 | $37,077 | | | |
| Schaeffer, Jonathan | 4/29/2019 | 1,250 | $2.8799 | ($3,600) | | | | | | | |
| Schaeffer, Jonathan | 4/29/2019 | 3,800 | $2.8800 | ($10,944) | | | | | | | |
| Schaeffer, Jonathan | 4/30/2019 | 1,000 | $2.9870 | ($2,987) | | | | | | | |
| Schaeffer, Jonathan | 4/30/2019 | 409 | $2.9841 | ($1,220) | | | | | | | |
| **Schaeffer, Jonathan** | | **27,912** | | **($79,270)** | | **(27,912)** | | **$67,601** | **17,086** | **$0** | **($11,669)** |

*Average CLosing Prices from May 1 to July 5