# EXHIBIT B





# Glancy Prongay & Murray LLP Files a Securities Class Action Behalf of Nabriva Therapeutics plc Investors (NBRV)

May 09, 2019 12:55 PM Eastern Daylight Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM") announces that it has filed a class action lawsuit in the United States District Court for the Southern District of New York, captioned *Enriquez v. Nabriva Therapeutics plc et al.*, (Case No. 1:19cv04183), on behalf of persons and entities that purchased or otherwise acquired Nabriva Therapeutics plc (NASDAQ: NBRV) ("Nabriva" or the "Company") securities between **November 1, 2018 and April 30, 2019**, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

If you are a shareholder who suffered a loss, click here to participate.

On April 30, 2019, the Company revealed that it had received a Complete Response Letter ("CRL") from the U.S. Food and Drug Administration ("FDA") for its New Drug Application ("NDA") for CONTEPO™ (fosfomycin) for injection for the treatment of complicated urinary tract infections. According to the CRL, the Company had to address certain "issues related to facility inspections and manufacturing deficiencies at one of Nabriva's contract manufacturers" before the FDA would approve the NDA. On this news, the Company's share price fell $0.82 per share, more than 27%, to close at $2.17 per share on May 1, 2019, thereby injuring investors.

The complaint filed in this class action alleges that the Registration Statements were false and misleading and omitted to state material adverse facts. Throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that the Company's manufacturers failed to meet good manufacturing practices; (2) that these manufacturers would be subject to inspections by the FDA in connection with the Company's NDA; (3) that, as a result of the manufacturing deficiencies, the Company's NDA for CONTEPO was unlikely to be approved by the FDA; and (4) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects, were materially misleading and/or lacked a reasonable basis.

Follow us for updates on Twitter: twitter.com/GPM_LLP.

If you purchased Nabriva securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Lesley Portnoy, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los

Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

Contacts

Glancy Prongay and Murray LLP, Los Angeles

Lesley Portnoy, 310-201-9150 or 888-773-9224

www.glancylaw.com

shareholders@glancylaw.com

#Hashtags

#CLASSACTION    #INVESTORS    #FRAUD

$Cashtags

$NBRV