# EXHIBIT E

# HOLZER & HOLZER, LLC
Attorneys at Law

## **FIRM RÉSUMÉ**

HOLZER & HOLZER, LLC is an Atlanta, Georgia complex litigation firm that dedicates its practice to the enforcement of the rights that federal and state laws afford investors, consumers, and businesses harmed by the misconduct of others. Since its inception in 2000, our firm has established an excellent reputation for innovative representation of its clients through a nationwide practice.

Our attorneys have varied and noteworthy experience prosecuting class action litigation pursuant to the Securities Act of 1933 and the Securities Exchange Act of 1934, as well as under the federal and Georgia civil Racketeering and Corrupt Organizations Acts, and we have recovered tens of millions of dollars on behalf of investors through shareholder class litigation. The firm's attorneys also have significant experience prosecuting claims in derivative litigation arising from breaches of fiduciary duties under state law.

We represent clients in dozens of cases in federal and state courts and serve in court-appointed leadership roles in many of these cases. We take great pride in our aggressive advocacy, efficiency, and professionalism in the conduct of our clients' cases. We offer our clients a personalized approach to complex litigation which, because of its size and complex nature, can be a daunting prospect to investors, consumers, and businesses. Through unyielding dedication, hard work, and creativity, we have achieved notable successes on behalf of our clients.

# HOLZER & HOLZER, LLC
Attorneys at Law

## Examples of Present Leadership Roles

_Galestan v. OneMain Holdings, Inc. et al.,_ Case No. 17-cv-01016-VM (S.D.N.Y.) (Firm is serving as court appointed Co-Lead Counsel in putative shareholder class action alleging violations of the anti-fraud provisions of the Securities Exchange Act of 1934)

_In re: Grana y Montero S.A.A. Sec. Litig.,_ Case No. 17-cv-1105-JMA (E.D.N.Y) (Firm is serving as court appointed Co-Lead Counsel in putative shareholder class action alleging violations of the anti-fraud provisions of the Securities Exchange Act of 1934)

_Luczak v. National Beverage Corp., et al.,_ Case no. 18-cv-61631-KMM (S.D. Fl.) (Firm is serving as court appointed Co-Lead Counsel in putative shareholder class action alleging violations of the anti-fraud provisions of the Securities Exchange Act of 1934)

_Paciga v. Invuity, Inc.,_ Case No. 17-cv-1005-JSW (N.D. Cal.) (Firm is serving as court appointed Co-Lead Counsel in putative shareholder class action alleging violations of the anti-fraud provisions of the Securities Exchange Act of 1934)

_Jiangchen v. Rentech, Inc., et al.,_ Case No. 2:17-cv-1490-GW (C.D. Cal.) (Firm is serving as court appointed Co-Lead Counsel in putative shareholder class action alleging violations of the anti-fraud provisions of the Securities Exchange Act of 1934)

_Davis v. Yelp, Inc., et al.,_ Case No. 18-CV-400-EMC (N.D. Cal.) (Firm is serving as court appointed Co-Lead Counsel in putative shareholder class action alleging violations of the anti-fraud provisions of the Securities Exchange Act of 1934)

# HOLZER & HOLZER, LLC
Attorneys at Law

# Examples of Firm's Achievements

*In re The Home Depot, Inc. Shareholder Deriv. Litig.,* Case No. 15-CV-2999-TWT (N.D. Ga.) (Firm served as Liaison Counsel in shareholder derivative litigation arising from data breach that resulted in extensive corporate governance reforms designed to improve cybersecurity practices)

*Schwartz v. Urban Outfitters, Inc., et al.,* Case No. 13-CV-5978-LFR (E.D. Pa.) (Firm represented lead plaintiff in a shareholder class action alleging violations of the anti-fraud provisions of the Securities Exchange Act of 1934 and assisted in recovering $8.5 million on behalf of investors)

*Robinson v. Audience, Inc.,* **(Audience, Inc., Securities Litig.)** Case No. 12-cv-232227 (Cal. Sup. Ct., Santa Clara County) (Firm represented lead plaintiff in class action alleging violations of the Securities Act of 1933 and assisted in recovering $6.05 million on behalf of investors)

*In re CafePress Shareholder Litig.,* Case No. CIV-522744 (Cal. Sup. Ct., San Mateo County) (Firm represented lead plaintiff in class action alleging violations of the Securities Act of 1933 and assisted in recovering $8.0 million on behalf of investors)

*Alex v. McCullough, et al.,* **(Career Education Corp. Deriv. Litig.),** Case No. 12-CV-8834 (N.D. Ill.) (Firm represented investor in shareholder derivative action that resulted in recovery of $20 million for the company and substantial corporate governance reforms)

*Hutchins v. NBTY, Inc., et al.* **(NBTY, Inc. Securities Litig.),** Case No. 10-cv-2159 (LDW) (WDW) (E.D.N.Y.) (Firm served as Co-Lead Counsel in class action alleging violations of the Securities Exchange Act of 1934 and recovered $6.0 million on behalf of investors )

*Sgalambo v. McKenzie, et al.* **(Canadian Superior Energy, Inc. Securities Litig.)**, Civil Action No. 1:09-cv-10087-SAS (S.D.N.Y.) (Firm served as Co-Lead Counsel in securities fraud class action and achieved settlement creating common fund in the amount of $5.2 million)

# HOLZER & HOLZER, LLC
Attorneys at Law

*In re Agria Corp. Sec. Litig.,* Case No. 08-cv-3536-WHP (S.D.N.Y.) (Firm represented lead plaintiff in securities fraud class action and achieved settlement creating a common fund in the amount of $3.75 million)

*Miller v. Anthony, et al.* **(Synovus Financial Corp. Deriv. Litig.)**, Case No. 09-cv-1811-JOF (N.D. Ga.) (Firm served as Co-Lead Counsel in shareholder derivative action and achieved settlement creating dramatic corporate governance reforms)

*Frohman v. Allen, et al.* **(Aaron's, Inc. Deriv. Litig.)** Case No. 2014-CV-245817 (Ga. Sup. Ct., Fulton County) (Firm served as sole Lead Counsel in shareholder derivative action and achieved settlement that modified corporate governance practices in connection with hostile board proxy fight)

*In re Sequenom, Inc. Deriv. Litig.,* Lead Case No. 09-CV-1341-LAB (WMC) (S.D. Cal.) (Firm served as Co-Lead Counsel in shareholder derivative action and achieved settlement creating dramatic corporate governance reforms)

*Mitchell v. Gozani, et al.* **(Neurometrix Deriv. Litig.)**, Case No. 08-CV-10674-RWZ (D. Mass) (Firm served as Co-Lead Counsel in a derivative action and achieved settlement significantly enhancing the company's internal controls and corporate governance, which included the hiring of a full time Chief Financial Officer)

*Brenner et al. v. Future Graphics, LLC, et al.,* Case No. 1:06-CV-0362-CAP (N.D. Ga.) (Firm served as Co-Lead Counsel and created a common fund of $2.65 million on behalf of Class of victims of a business opportunity scam)

*Hall v. Allen, et al.* **(Coca-Cola Co. Deriv. Litig.)**, Case No. 2004-CV-87325 (Ga. Sup. Ct., Fulton County) (Firm served as sole Lead Counsel and achieved settlement requiring company to implement substantial corporate governance reforms)

*Brody et al. v. Kennedy, et al.* **(Cox Communications, Inc. Shareholder Litig.)**, Case No. 2004-CV-89198 (Ga. Sup. Ct., Fulton County) (Firm served as Co-Lead Counsel and achieved an increase of $600 million in the consideration to be paid to the company's minority shareholders in connection with proposed management-led buyout)

*In re IPO Sec. Litig.,* Master Docket No.: 21-MC-00092 (S.D.N.Y.) (Firm served on Discovery Steering Committee for 309 separate class actions alleging underwriters manipulated prices of securities that resulted in $586 million global settlement )

---

# HOLZER & HOLZER, LLC
Attorneys at Law

## Attorney Biographies

### COREY D. HOLZER

Corey D. Holzer is a co-founder and the managing partner of the firm.  Mr. Holzer graduated *cum laude* from the University of Florida with a Bachelor of Science in Journalism, where he graduated second in his class in the College of Journalism and Communications.  Mr. Holzer then obtained his Doctor of Jurisprudence from Emory University School of Law, where he was selected as a finalist in Moot Court competition.

Mr. Holzer represents individuals and institutional investors in litigation alleging violations of the federal securities laws, breaches of fiduciary duties under the laws of various states, and class actions under the federal antitrust laws and state consumer protection laws.  Mr. Holzer has an in-depth understanding of the rights and privileges of investors and consumers and is driven by a strong desire to provide personalized representation and counseling to victimized investors and consumers.  Mr. Holzer continues to establish his reputation as a corporate watchdog and effective advocate for his clients.

Mr. Holzer is a member of the State Bar of Georgia.  Mr. Holzer is admitted to practice before all Georgia State and Superior Courts, the Georgia Court of Appeals, the United States District Court for the Northern District of Georgia, and the United States Court of Appeals for the Eleventh Circuit.  He has been admitted to practice in countless other federal and state courts to handle specific cases.

# HOLZER & HOLZER, LLC
Attorneys at Law

## MARSHALL P. DEES

Marshall P. Dees joined the firm in 2008 and became a partner in January 2016. Mr. Dees is a *cum laude* graduate of the University of Georgia's Terry College of Business, where he received a Bachelor of Business Administration in Management Information Systems. Mr. Dees is a *cum laude* graduate of Georgia State University's College of Law where he served as a member of its Moot Court Board and Student Trial Lawyers Association, and also served as a court-appointed mediator in the Fulton County Landlord-Tenant Program.

Since 2007, Mr. Dees has devoted his practice to securities class action litigation and has played an important role in cases that recovered tens of millions of dollars for investors under the federal securities laws.  Mr. Dees also represents investors seeking to enforce their rights under federal and state laws governing fiduciary duty, and he has helped design comprehensive corporate governance reforms on behalf of shareholders that have been implemented by public companies. Recently, Mr. Dees has successfully represented individuals in connection with data breaches - both corporate and private – and obtained the first trial court decision in Georgia upholding a complaint for damages arising from a medical records theft.

Mr. Dees is admitted to practice law in all Georgia State and Superior Courts, the Georgia Court of Appeals, the Supreme Court of Georgia, the United States District Courts for the Northern and Middle Districts of Georgia and the 11th Circuit Court of Appeals.  Mr. Dees has appeared *pro hac vice* on behalf of investors in litigation pending in courts across the country, and serves as one of the firm's principal liaisons with its clients.

# HOLZER & HOLZER, LLC
Attorneys at Law

## **LUKE R. KENNEDY**

Luke R. Kennedy joined the firm as an associate in 2019. Mr. Kennedy graduated from Samford University with a Bachelor of Arts in Biology. Mr. Kennedy also graduated *cum laude* from Notre Dame Law School where he was a member of numerous student organizations, including the Business Law Forum and the Sports, Communications, and Entertainment Law Forum. Additionally, Mr. Kennedy completed an externship with the Notre Dame Athletic Department's Compliance Office.

Mr. Kennedy now represents individuals and institutional investors in litigation alleging violations of the federal securities laws and breaches of fiduciary duties under the laws of various states.  Mr. Kennedy recently helped design a comprehensive set of corporate governance reforms to be implemented by a public company.  Before joining the firm, Mr. Kennedy worked for an organization dedicated to connecting low-income local inventors with experienced patent attorneys.

Mr. Kennedy is a member of the State Bars of Georgia and Florida and admitted to practice law before all Georgia State and Superior Courts and all Florida State and Circuit Courts.

# HOLZER & HOLZER, LLC
Attorneys at Law

## GILBERT S. HOLZER

Now retired, Gilbert S. Holzer is co-founder of the firm.  Mr. Holzer received a Bachelor of Arts degree with honors in political science and economics from Sir George Williams University (now Concordia University) in Montreal, Quebec.  He then obtained his Bachelor of Civil Law from McGill University in Montreal, where he graduated second in his class.  Thereafter, Mr. Holzer obtained his Bachelor of Laws from McGill University where he graduated first in his class.  Mr. Holzer served on the Editorial Board of the McGill Law Journal and on its Moot Court Board, and also served as counsel to the Judicial Committee, which represented the student body of McGill University.

Upon his graduation from law school, Mr. Holzer co-founded the law firm of Salomon, Holzer & Mager in Montreal, Quebec, concentrating his practice in civil litigation.  After he moved to Atlanta, Mr. Holzer practiced law with Arnall Golden & Gregory LLP.  He later formed his own general practice, and ultimately co-founded this firm with his son, Corey D. Holzer.

Mr. Holzer is a former member of the Bar of the Province of Quebec and a current member of the State Bar of Georgia.  He is admitted to practice before all Georgia State and Superior Courts, the Georgia Court of Appeals and the United States District Court for the Northern District of Georgia.  Mr. Holzer serves as a guest lecturer in the School of Public and International Affairs at the University of Georgia.