**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LARRY ENRIQUEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NABRIVA THERAPEUTICS PLC, TED SCHROEDER, GARY SENDER, and JENNIFER SCHRANZ,<br><br>Defendants. | **Case No. 19-cv-04183-VM** |

### EXHIBIT TO CONSOLIDATED CORRECTED AMENDED CLASS ACTION COMPLAINT

On September 23, 2019, Lead Plaintiff Jonathan Schaeffer ("Plaintiff") received an ECF Notice identifying a deficiency in the Amended Complaint filed on September 20, 2019.  The Amended Complaint named Theodore Schroeder as a defendant in this action, but his name is listed as Ted Schroeder on the Court's docket.  Pursuant to the Clerk's Notice, the Consolidated Corrected Amended Class Action Complaint ("CCACAC") now names Ted Schroeder as a defendant in this matter.  Pursuant to the Clerk's Notice, Plaintiff has obtained consent to re-file the CCACAC from all defendants that have appeared in this Action.

A.      Attached hereto as Exhibit 1 is the written consent of Tamar Kaplan-Marans, counsel for Defendants Nabriva Therapeutics plc and Ted Schroeder.

Dated:  September 23, 2019

1

Respectfully submitted,

*/s/ Omar Jafri*

**POMERANTZ LLP**

Patrick V. Dahlstrom
Omar Jafri
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone:  (312) 377-1181
Facsimile:   (312) 377-1184
Email:  pdahlstrom@pomlaw.com
        ojafri@pomlaw.com

Jeremy A. Lieberman
J. Alexander Hood II
Jonathan Lindenfeld
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:  (212) 661-8665
Email:  jalieberman@pomlaw.com
        ahood@pomlaw.com
        jlindenfeld@pomlaw.com

**HOLZER & HOLZER**

Corey D. Holzer
Marshall P. Dees
Luke R. Kennedy
1200 Ashwood Parkway, Suite 410
Atlanta, GA 30338
Telephone:  (770) 392-0090
Facsimile:   (770) 392-0029
Email:  cholzer@holzerlaw.com
        mdees@holzerlaw.com
        lkennedy@holzerlaw.com

*Attorneys for Lead Plaintiff*

2