# Exhibit 1

| From: | Kaplan-Marans, Tamar |
|---|---|
| To: | Omar Jafri |
| Subject: | RE: Activity in Case 1:19-cv-04183-VM Enriquez v. Nabriva Therapeutics plc et al |
| Date: | Monday, September 23, 2019 2:10:13 PM |

Yes, that's fine, thanks.

**Tamar Kaplan-Marans | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 230 8809 (t)
+1 212 230 8888 (f)
tamar.kaplan-marans@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Omar Jafri <ojafri@pomlaw.com>
**Sent:** Monday, September 23, 2019 3:08 PM
**To:** Kaplan-Marans, Tamar <Tamar.Kaplan-Marans@wilmerhale.com>
**Subject:** FW: Activity in Case 1:19-cv-04183-VM Enriquez v. Nabriva Therapeutics plc et al
**Importance:** High

EXTERNAL SENDER

Hi Tamar,

The Amended Complaint used Schroeder's full first name (Theodore), but the initial complaint was filed against Ted Schroeder, which is why the clerk found a deficiency. To avoid this problem, we will file a Corrected Amended Complaint that identifies him as Ted instead of Theodore. Do we have Defendants consent to re-file?

Thanks.

**Omar Jafri**

POMERANTZ LLP
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Tel: (312)-881-4850
Fax: (312)-377-1184
ojafri@pomlaw.com
www.pomerantzlaw.com


**From:** NYSD_ECF_Pool@nysd.uscourts.gov [mailto:NYSD_ECF_Pool@nysd.uscourts.gov]
**Sent:** Monday, September 23, 2019 1:18 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:19-cv-04183-VM Enriquez v. Nabriva Therapeutics plc et al


This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 9/23/2019 at 2:18 PM EDT and filed on 9/23/2019
**Case Name:**       Enriquez v. Nabriva Therapeutics plc et al
**Case Number:**     1:19-cv-04183-VM
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Omar Jafri to RE-FILE re: Document No. [28] Amended Complaint. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the pleading is not correct. The PDF case caption must list all parties of record; all of the parties listed on the pleading were not entered on CM ECF. Add party Theodore Schroeder; the wrong party/parties whom the pleading is against were selected; due to deficient filing on due date, Court's leave must be granted. Docket the event type Add Party to Pleading found under the event list Complaints and Other Initiating Documents.. Re-file the pleading using the**

event type Amended Complaint found under the event list Complaints and Other Initiating Documents - attach the correct signed PDF - select the individually named filer/filers - select the individually named party/parties the pleading is against. File the Exhibit to Pleading event found under the event list Other Documents and attach either opposing party's written consent or Court's leave. (jgo)

**1:19-cv-04183-VM Notice has been electronically mailed to:**

Patrick Vincent Dahlstrom     pdahlstrom@pomlaw.com

Jeremy Alan Lieberman     jalieberman@pomlaw.com, abarbosa@pomlaw.com, ahood@pomlaw.com, disaacson@pomlaw.com

Michael G. Bongiorno     michael.bongiorno@wilmerhale.com, WHDocketing@wilmerhale.com

Lesley Frank Portnoy     LPortnoy@glancylaw.com, info@glancylaw.com, lesley-portnoy-3007@ecf.pacerpro.com

Tamar Batya Kaplan-Marans     tamar.kaplan-marans@wilmerhale.com, WHDocketing@wilmerhale.com

Joseph Alexander Hood, II     ahood@pomlaw.com, abarbosa@pomlaw.com

Omar Jafri     ojafri@pomlaw.com

**1:19-cv-04183-VM Notice has been delivered by other means to:**

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any     attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 661-1100 and permanently delete all copies of the email and any attachments.