```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
JONATHAN SCHAEFFER, individually     :
and on behalf of all others          :
similarly situated,                  :
                                     :
                                     :    19 Civ. 4183 (VM)
                Plaintiff,           :
                                     :
     - against -                     :    ORDER
                                     :
NABRIVA THERAPEUTICS PLC, et al.,    :
                                     :
                Defendants.          :
-------------------------------------X
```
**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that the initial conference in this matter currently scheduled for Friday, August 7, 2020 shall occur by teleconference. The parties are directed to use the dial-in number 1-888-363-4749 and access code 8392198.

**SO ORDERED.**

Dated:   New York, New York
         04 August 2020

_____
Victor Marrero
U.S.D.J.