**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LARRY ENRIQUEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>       v.<br><br>NABRIVA THERAPEUTICS PLC, TED SCHROEDER, GARY SENDER, and JENNIFER SCHRANZ,<br><br>                       Defendants. | **Case No. 1:19-cv-04183-VM**<br><br>CLASS ACTION |

**DECLARATION OF OMAR JAFRI**
**IN SUPPORT OF UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

1.      I, Omar Jafri, am an attorney licensed to practice in the State of Illinois, and am admitted *pro hac vice* in the Action.  I am an attorney in the firm of Pomerantz LLP, one of the firms appointed Co-Lead Counsel in the above-captioned litigation, and have represented the Lead Plaintiff throughout this litigation.  I submit this declaration in support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation of Settlement executed on December 7, 2020.  The Stipulation includes the following attachments:

| | |
|---|---|
| Exhibit 1-A | [Proposed] Preliminary Approval Order |
| Exhibit 1-B | [Proposed] Order and Final Judgement |
| Exhibit 1-C | Summary Notice and Proposed Settlement of Class Action |
| Exhibit 1-D | Notice of Pendency and Proposed Settlement of Class Action |
| Exhibit 1- E | Proof of Claim and Release |

I declare that the foregoing is true and correct.

Executed on December 7, 2020

/s/Omar Jafri
Omar Jafri

1