**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
|  | ) |
| LARRY ENRIQUEZ v. NABRIVA | ) Case No. 1:19-cv-04183-VM |
| THERAPEUTICS PLC *et al.* | ) Honorable Victor Marrero |
|  | ) |

<u>**SUMMARY NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION**</u>

**TO:   ALL PERSONS AND ENTITIES THAT PURCHASED OR OTHERWISE ACQUIRED NABRIVA THERAPEUTICS PLC'S ("NABRIVA") COMMON STOCK DURING THE PERIOD FROM JANUARY 4, 2019 THROUGH APRIL 30, 2019, BOTH DATES INCLUSIVE (THE "CLASS PERIOD"), AND WHO WERE DAMAGED THEREBY (THE "CLASS").**

**Excluded from the Class are Defendants; the officers, directors, and affiliates of Nabriva; any entity in which Defendants have or had a controlling interest; and immediate family members, legal representatives, heirs, successors, or assigns of any of the above.**

**PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**
**YOUR RIGHTS MAY BE AFFECTED BY PROCEEDINGS IN THIS ACTION.**

**YOU ARE HEREBY NOTIFIED,** pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of New York, that a hearing will be held on _____, 2021, at _____ .m., before the Honorable Victor Marrero in Courtroom 15B of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007, for the purpose of determining, among other things: (1) whether the proposed Settlement of the Class's claims against the Defendants for $3,000,000 in cash should be approved as fair, reasonable and adequate; (2) whether the proposed Plan of Allocation should be approved as fair, reasonable and adequate; (3) whether the application by Co-Lead Counsel for an award of attorneys' fees and expenses should be approved; (4) whether the application for a reimbursement award to Lead Plaintiff should be approved; (5) whether the Court should permanently enjoin the assertion of any claims that arise from or relate to the subject matter of the Action; and (6) whether the Action should be dismissed with prejudice against the Defendants as set forth in the Stipulation of Settlement filed with the Court.

If you purchased or acquired Nabriva common stock between January 4, 2019 and April 30, 2019, your rights may be affected by the Settlement of this Action, including the release and extinguishment or claims you may possess relating to your ownership of Nabriva common stock. If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Action (the "Notice") and a copy of the Proof of Claim and Release Form, you may obtain copies by writing to the Settlement Administrator at: Nabriva Securities Litigation, c/o A.B. Data, Ltd., P.O. Box 173001, Milwaukee, WI 53217, www.nabrivasecuritieslitigation.com

If you are a member of the Class and wish to share in the Settlement money, you must submit a Proof of Claim no later than _____ establishing that you are entitled to recovery.

As further described in the Notice, you will be bound by any judgment entered in the Action, regardless of whether you submit a Proof of Claim, unless you exclude yourself from the Class, in accordance with the procedures set forth in the Notice, by no later than _____. Any objections to the Settlement, Plan of Allocation, attorney's fees and expenses, or Lead Plaintiff's reimbursement award must be filed and served, in accordance with the procedures set forth in the Notice, no later than _____.

Inquiries, other than requests for the Notice, may be made to Co-Lead Counsel: Omar Jafri, Pomerantz LLP, 10 South LaSalle Street, Suite 3505, Chicago, IL 60603, Telephone: (312) 377-1181 or Corey D. Holzer, Holzer & Holzer LLC, 1200 Ashwood Parkway, Suite 410 Atlanta, GA 30338, Telephone: (770) 392-0090.

**INQUIRIES <u>SHOULD NOT</u> BE DIRECTED TO THE COURT,
THE CLERK'S OFFICE, THE DEFENDANTS, OR DEFENDANTS' COUNSEL.**

Dated: _____, 2021

By Order of the Court
United States District Court
Southern District of New York