**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| LARRY ENRIQUEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NABRIVA THERAPEUTICS PLC, TED SCHROEDER, GARY SENDER, and JENNIFER SCHRANZ,<br><br>Defendants. | No. 1:19-CV-04183-VM-GWG |

**DECLARATION OF TAMAR KAPLAN-MARANS REGARDING COMPLIANCE**
**WITH THE CLASS ACTION FAIRNESS ACT OF 2005, 28 U.S.C. § 1715(b)**

I, Tamar Kaplan-Marans, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am Counsel at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, and I am counsel to Defendants Nabriva Therapeutics plc, Ted Schroeder, Gary Sender, and Jennifer Schranz in the above-captioned action.

2. Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendants have mailed notice of the settlement agreement in the above-captioned action (the "Notice") to appropriate federal and state officials, including the United States Attorney General and the Attorneys General of all states. The proposed settlement was filed with this Court on December 7, 2020. (Docket No. 71.) Defendants mailed notice of the proposed settlement on December 11, 2020, which is "[n]ot later than 10 days after [the] proposed settlement" was filed with this Court. *See id.* The Notice included the documents and

other information required by 28 U.S.C. § 1715(b)(1)-(8) to the extent known to Defendants as of the date of mailing.

3.     A true and accurate copy of the Notice (without enclosures) is attached hereto as Exhibit A.

4.     I declare under penalty of perjury that the foregoing is true and correct, based upon my knowledge, information, and belief.

Dated:  December 17, 2020                          */s/ Tamar Kaplan-Marans*
                                                   Tamar Kaplan-Marans