# EXHIBIT A

WILMERHALE

**Michael G. Bongiorno**

+1 212 937 7220 (t)
+1 212 230 8888 (f)
michael.bongiorno@wilmerhale.com

**VIA OVERNIGHT DELIVERY**

December 14, 2020

The United States Attorney General and
All State and Territory Attorneys General
Identified on the Attached Service List

Re:    **Notice Under the Class Action Fairness Act Concerning Settlement of Litigation:**
        ***Enriquez v. Nabriva Therapeutics PLC, et al.*, United State District Court for the**
        **Southern District of New York, Civil Action No. 1:19-cv-04183-VM**

Dear Sir or Madam:

I am writing to you on behalf of Nabriva Therapeutics PLC, Ted Schroeder, Gary Sender, and Jennifer Schranz (the "Defendants") to notify you of the proposed settlement of the above-referenced matter (the "Action") pursuant to the procedures specified in the Class Action Fairness Act of 2005, 28 U.S.C. § 1715(b).  Defendants are represented by Wilmer Cutler Pickering Hale and Dorr LLP.

I am providing you with a CD containing certain documents and information in ".pdf" format as required by the Class Action Fairness Act.   These include the following enclosures:

1. two class action complaints that were filed against one or more Defendants in May 2019, which the Court consolidated under the above-referenced case number and name;

2. the Amended Class Action Complaint, filed September 23, 2019;

3. the Second Amended Class Action Complaint, filed June 24, 2020

4. the Stipulation of Settlement (including proposed forms of notice, judgment, and claim), dated December 7, 2020; and

5. the Confidential Supplemental Agreement, as described in Section XIII (I) of the Stipulation of Settlement.

The operative Complaint and any materials filed with the Complaint, as well as all other filings in the Action, may be accessed online via the Federal Public Access to Court Electronic Records ("PACER") system, available at http://www.pacer.gov/.

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

WILMERHALE

December 14, 2020
Page 2


As of the date of this mailing, the District Court has not yet set a date for a hearing on Plaintiff's motion for preliminary approval of the proposed settlement or a date for a final approval hearing and has not issued a final judgment or notice of dismissal concerning the proposed settlement or the Action. Additionally, as of the date of mailing, no written judicial opinions have been issued relating to the foregoing settlement materials or the materials described in 28 U.S.C. § 1715(b)(3)-(6).

At this time, Defendants do not know and cannot feasibly determine the names of the class members residing in each state, and therefore cannot feasibly estimate the proportionate share of the claims of such members to the entire settlement pursuant to 28 U.S.C. § 1715(b)(7)(A) and (B). In this Action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement.

The foregoing information is provided based on information currently available to Defendants and their counsel, and the status of the proceedings at the time of the submission of this notification.

Should you have any questions regarding this notice, the Action, or any of the enclosed information, please feel free to contact counsel for Defendants directly: Michael G. Bongiorno, Esq. of Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, NY 10007 can be reached by email at michael.bongiorno@wilmerhale.com or by phone at (212) 526-6145.


Sincerely,

*/s/ Michael G. Bongiorno*

Michael G. Bongiorno
*Counsel for Defendants*

Enclosures

<u>**SERVICE LIST**</u>

| U.S. ATTORNEY GENERAL |
|---|
| The Honorable William Barr<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |

| ATTORNEYS' GENERAL OFFICES | |
|---|---|
| **<u>Alabama</u>**<br>Hon. Steve Marshall<br>Office of the Attorney General<br>501 Washington Ave.<br>Montgomery, AL 36104 | **<u>Alaska</u>**<br>Hon. Clyde E. Sniffen, Jr.<br>Office of the Attorney General<br>1031 West 4th Avenue, Suite 200<br>Anchorage, AK 99501-1994 |
| **<u>Arizona</u>**<br>Hon. Mark Brnovich<br>Office of the Attorney General<br>2005 N. Central Ave.<br>Phoenix, AZ 85004-2926 | **<u>Arkansas</u>**<br>Hon. Leslie Rutledge<br>Office of the Attorney General<br>323 Center Street, Suite 200<br>Little Rock, AR 72201 |
| **<u>California</u>**<br>CAFA Coordinator<br>Office of the Attorney General<br>Consumer Protection Section<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102 | **<u>Colorado</u>**<br>Hon. Phil Weiser<br>Office of the Attorney General<br>Ralph L. Carr Judicial Building<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 |
| **<u>Connecticut</u>**<br>Hon. William Tong<br>Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, CT 06106 | **<u>Delaware</u>**<br>Hon. Kathy Jennings<br>Delaware Department of Justice<br>Carvel State Office Building<br>820 N. French St.<br>Wilmington, DE 19801 |
| **<u>District of Columbia</u>**<br>Hon. Karl A. Racine<br>Office of the Attorney General<br>400 6th Street NW<br>Washington, DC 20001 | **<u>Florida</u>**<br>Hon. Ashley Moody<br>Office of the Attorney General<br>PL-01 The Capitol<br>Tallahassee, FL 32399-1050 |

| ATTORNEYS' GENERAL OFFICES | |
|---|---|
| **Georgia**<br>Hon. Christopher M. Carr<br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334 | **Hawaii**<br>Hon. Clare E. Connors<br>Department of the Attorney General<br>425 Queen Street<br>Honolulu, HI 96813 |
| **Idaho**<br>Hon. Lawrence G. Wasden<br>Office of the Attorney General<br>700 W. Jefferson Street, Suite 210<br>Boise, ID 83720-0010 | **Illinois**<br>Hon. Kwame Raoul<br>Office of the Attorney General<br>100 West Randolph Street<br>Chicago, IL 60601 |
| **Indiana**<br>Hon. Curtis T. Hill, Jr.<br>Office of the Attorney General<br>Indiana Government Center South<br>302 West Washington Street, 5th Floor<br>Indianapolis, IN 46204 | **Iowa**<br>Hon. Thomas J. Miller<br>Office of the Attorney General<br>Hoover State Office Building<br>1305 East Walnut Street<br>Des Moines, IA 50319 |
| **Kansas**<br>Hon. Derek Schmidt<br>Office of the Attorney General<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, KS 66612 | **Kentucky**<br>Hon. Daniel Cameron<br>Office of the Attorney General<br>700 Capitol Avenue, Suite 118<br>Frankfort, Kentucky 40601-3449 |
| **Louisiana**<br>Hon. Jeff Landry<br>Office of the Attorney General<br>1885 North Third Street<br>Baton Rouge, LA 70802 | **Maine**<br>Hon. Aaron Frey<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04333 |
| **Maryland**<br>Hon. Brian E. Frosh<br>Office of the Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202 | **Massachusetts**<br>Office of Massachusetts Attorney General Maura Healey<br>ATTN: CAFA Coordinator/General Counsel's Office<br>One Ashburton Place<br>Boston, MA 02108 |
| **Michigan**<br>Hon. Dana Nessel<br>Office of the Attorney General<br>G. Mennen Williams Building, 7th Floor<br>525 West Ottawa Street<br>Lansing, MI 48909 | **Minnesota**<br>Hon. Keith Ellison<br>Office of the Attorney General<br>445 Minnesota Street, Suite 1400<br>St. Paul, MN 55101-2131 |

| ATTORNEYS' GENERAL OFFICES | |
|---|---|
| **Mississippi**<br>Hon. Lynn Fitch<br>Office of the Attorney General<br>Walter Sillers Building<br>550 High Street, Suite 1200<br>Jackson, MS 39201 | **Missouri**<br>Hon. Eric Schmitt<br>Office of the Attorney General<br>Supreme Court Building<br>207 West High Street<br>Jefferson City, MO 65102 |
| **Montana**<br>Hon. Tim Fox<br>Office of the Attorney General<br>Justice Building, Third Floor<br>215 North Sanders<br>Helena, MT 59601 | **Nebraska**<br>Hon. Doug Peterson<br>Office of the Attorney General<br>2115 State Capitol<br>Lincoln, NE 68509 |
| **Nevada**<br>Hon. Aaron D. Ford<br>Office of the Attorney General<br>100 North Carson Street<br>Carson City, NV 89701-4717 | **New Hampshire**<br>Hon. Gordon MacDonald<br>Office of the Attorney General<br>New Hampshire Department of Justice<br>33 Capitol Street<br>Concord, NH 03301 |
| **New Jersey**<br>Hon. Gurbir S. Grewal<br>Office of the Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market Street, Box 080<br>Trenton, NJ 08625-0080 | **New Mexico**<br>Hon. Hector Balderas<br>Office of the Attorney General<br>408 Galisteo Street<br>Villagra Building<br>Santa Fe, NM 87501 |
| **New York**<br>CAFA Coordinator<br>Office of the Attorney General<br>28 Liberty Street, 15th Floor<br>New York, NY 10005 | **North Carolina**<br>Hon. Josh Stein<br>Attorney General's Office<br>North Carolina Department of Justice<br>114 West Edenton Street<br>Raleigh, NC 27603 |
| **North Dakota**<br>Hon. Wayne Stenehjem<br>Office of the Attorney General<br>600 E. Boulevard Ave., Dept. 125<br>Bismarck, ND 58505 | **Ohio**<br>Hon. Dave Yost<br>Office of the Attorney General<br>State Office Tower<br>30 E. Broad Street, 14th Floor<br>Columbus, OH 43215 |
| **Oklahoma**<br>Hon. Mike Hunter<br>Office of the Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK 73105 | **Oregon**<br>Hon. Ellen F. Rosenblum<br>Office of the Attorney General<br>Oregon Department of Justice<br>1162 Court Street NE<br>Salem, OR 97301-4096 |

| ATTORNEYS' GENERAL OFFICES | |
|---|---|
| **Pennsylvania**<br>Hon. Josh Shapiro<br>Office of the Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120 | **Puerto Rico**<br>Hon. Ines Carrau Martinez<br>Departamento de Justicia, Oficina de la Secretaria<br>P.O. Box 9020192<br>San Juan, PR 00902-0192 |
| **Rhode Island**<br>Hon. Peter F. Neronha<br>Office of the Attorney General<br>150 South Main Street<br>Providence, RI 02903 | **South Carolina**<br>Hon. Alan Wilson<br>Office of the Attorney General<br>P.O. Box 11549<br>Columbia, S.C. 29211 |
| **South Dakota**<br>Hon. Jason Ravnsborg<br>Office of the Attorney General<br>1302 East Highway 14, Suite 1<br>Pierre, SD 57501-8501 | **Tennessee**<br>Hon. Herbert H. Slatery III<br>Attorney General of the State of Tennessee<br>Office of the Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-0207 |
| **Texas**<br>Hon. Ken Paxton<br>Office of the Attorney General<br>300 W. 15th Street<br>Austin, TX 78701 | **Utah**<br>Hon. Sean D. Reyes<br>Office of the Attorney General<br>Utah State Capitol Complex<br>350 North State Street, Suite 230<br>Salt Lake City, UT 84114-2320 |
| **Vermont**<br>Hon. T.J. Donovan<br>Vermont Attorney General's Office<br>109 State Street<br>Montpelier, VT 05609 | **Virginia**<br>Hon. Mark R. Herring<br>Office of the Attorney General<br>202 North Ninth Street<br>Richmond, VA 23219 |
| **Washington**<br>Hon. Bob Ferguson<br>Office of the Attorney General<br>1125 Washington Street SE<br>Olympia, WA 98504-0100 | **West Virginia**<br>Hon. Patrick Morrisey<br>Office of the Attorney General<br>State Capitol Complex, Bldg. 1, Room E-26<br>Charleston, WV 25305 |
| **Wisconsin**<br>Department of Justice<br>ATTN: Service of Process<br>P.O. Box 7857<br>Madison, WI 53707-7857 | **Wyoming**<br>Hon. Bridget Hill<br>Office of the Attorney General<br>Kendrick Building<br>2320 Capitol Avenue<br>Cheyenne, WY 82002 |

| ATTORNEYS' GENERAL OFFICES | |
|---|---|
| **American Samoa**<br>Hon. Mitzie Jessop Taase<br>Attorney General of American Samoa<br>Department of Legal Affairs<br>Executive Office Building, 3rd Floor<br>Pago Pago, American Samoa 96799 | **Guam**<br>Hon. Leevin T. Camacho<br>Office of the Attorney General of Guam<br>Administration Division<br>590 S. Marine Corps Drive, Suite 901<br>Tamuning, Guam 96913 |
| **Northern Mariana Islands**<br>Hon. Edwards Manibusan<br>Office of the Attorney General<br>Commonwealth of the Northern Mariana Islands<br>P.O. Box 10007<br>Saipan, MP 96950 | **Virgin Islands**<br>Hon. Denise N. George<br>Office of the Attorney General<br>3438 Kronprindsens Gade<br>GERS Building, 2nd Floor<br>St. Thomas, Virgin Islands 00802 |