**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| LARRY ENRIQUEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>NABRIVA THERAPEUTICS PLC, TED SCHROEDER, GARY SENDER, and JENNIFER SCHRANZ,<br><br>        Defendants. | **Case No. 19 Civ. 4183 (VM)**<br><br>**Honorable Victor Marrero**<br><br><u>**CLASS ACTION**</u> |

I, OMAR JAFRI, declare as follows pursuant to 28 U.S.C. §1746:

1. I am Of Counsel in the firm of Pomerantz LLP ("Pomerantz"), one of the firms appointed Co-Lead Counsel in the above-captioned litigation. I have overseen Pomerantz's prosecution of this Action, and have personal knowledge of the facts asserted herein.

2. A copy of Pomerantz's resume was previously filed with the Court and is available at ECF No. 15-4.

3. Pomerantz has actively engaged in the prosecution of the Action, including investigating the relevant facts, drafting an initial complaint and two amended complaints, successfully opposing Defendants' attempts to dismiss the amended complaints, initiating discovery, and negotiating the Settlement.

4. The chart below summarizes the hours, rate, and lodestar of each Pomerantz attorney who worked on this matter.

1

5.      The total number of hours spent on the litigation of the Action by my firm through today's date is 629.77. The total lodestar amount for attorney time based on the firm's current rates is $447,659.75. A breakdown of the lodestar is set forth in the chart below:

**Total Hours and Lodestar**

| NAME AND STATUS | TOTAL HOURS | RATE | TOTAL LODESTAR |
|---|---|---|---|
| Patrick V. Dahlstrom (P) | 102.05 | $1,000.00 | $102,050.00 |
| Jeremy Lieberman (P) | 10.00 | $1,000.00 | $10,000.00 |
| Joshua B. Silverman (P) | 2.70 | $895.00 | $2,416.50 |
| Alex Hood (O) | 1.20 | $630.00 | $756.00 |
| Omar Jafri (O) | 496.85 | $655.00 | $325,436.75 |
| Jonathan Lindenfeld (A) | 2.50 | $485.00 | $1,212.50 |
| James LoPiano (A) | 14.47 | $400.00 | $5,788.00 |
| **Total:** | **629.77** | | **$447,659.75** |

(P) - Partner; (A) – Associate; (O) – Of Counsel.

6.      Pomerantz incurred a total of $90,710.32 in unreimbursed expenses in connection with the prosecution of this litigation, including $2,500 in anticipated litigation expenses associated with the remaining activities in this Action.  They are broken down as follows:

| EXPENSE CATEGORY | AMOUNT |
|---|---|
| Expert Fees | $67,824.55 |
| Private Investigator Fees | $11,288.85 |
| Legal Research Fees | $1,245.05 |
| Court Filing, Court Reporter, and Transcript Fees | $615.00 |
| Mediation Fee | $3,750.00 |
| FedEx and Postage/Photocopy | $196.47 |
| Travel/Transportation/Meals | $2627.66 |
| Press Releases and Newswires | $3,162.74 |
| **Total:** | $90,710.32 |

7.      The expenses incurred are reflected in the books and records contemporaneously prepared by the firm. These books and records are prepared from expense vouchers, invoices, and other billing records, and are an accurate record of the expenses incurred. I have reviewed the

expenses for which reimbursement is sought and confirmed that they were reasonably necessary for the effective and efficient prosecution and resolution of the litigation and reasonable in amount. The expenses are all of a type that would normally be charged to a fee-paying client in the private legal marketplace.

8.      Pomerantz's compensation for services rendered and out-of-pocket expenses incurred in this case was and is entirely contingent on the success of the prosecution of the Action, and on the Court's approval of the fee and expense application. None of the attorneys' fees and expenses submitted to this Court has been paid from any source or has been the subject of any prior request or prior award in any litigation or other proceeding.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 14, 2021.

*/s/Omar Jafri*

Omar Jafri, Esq.

3