**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| LARRY ENRIQUEZ, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NABRIVA THERAPEUTICS PLC, TED SCHROEDER, GARY SENDER, and JENNIFER SCHRANZ, <br><br> Defendants. | **Case No. 19 Civ. 4183 (VM)** <br><br> **Honorable Victor Marrero** <br><br> <u>**CLASS ACTION**</u> |

I, MARSHALL P. DEES, declare as follows pursuant to 28 U.S.C. §1746:

1.      I am a partner in the firm of Holzer & Holzer LLC ("Holzer"), one of the firms appointed Co-Lead Counsel in the above-captioned litigation.  I have overseen Holzer's prosecution of this Action, and have personal knowledge of the facts asserted herein.

2.      A copy of Holzer's resume was previously filed with the Court and is available at ECF No. 15-5.

3.      Holzer has actively engaged in the prosecution of the Action, including investigating the relevant facts, drafting an initial complaint and two amended complaints, successfully opposing Defendants' attempts to dismiss the amended complaints, initiating discovery, and negotiating the Settlement.

4.      The chart below summarizes the hours, rate, and lodestar of each Holzer attorney who worked on this matter.

1

5.      The total number of hours spent on the litigation of the Action by my firm through today's date is 482.75. The total lodestar amount for attorney time based on the firm's current rates is $362,536.25. A breakdown of the lodestar is set forth in the chart below:

| NAME AND STATUS | TOTAL HOURS | RATE | TOTAL LODESTAR |
|---|---|---|---|
| Corey D. Holzer (P) | 135.0 | $875 | $118,125.00 |
| Marshall P. Dees (P) | 290.25 | $745 | $216,236.25 |
| Luke R. Kennedy (A) | 57.5 | $490 | $28,175.00 |
| **Total:** | 482.75 | | $362,536.25 |

(P) - Partner; (A) – Associate; (O) – Of Counsel; (PL) - Paralegal

6.      Holzer incurred a total of $4,683.36 in unreimbursed expenses in connection with the prosecution of this litigation.  They are broken down as follows:

| EXPENSE CATEGORY | AMOUNT |
|---|---|
| Legal Research Fees | $141.36 |
| Court Filing, Court Reporter, and Transcript Fees | $230.00 |
| Mediation Fee | $3750.00 |
| FOIA Production and Photocopy | $310.00 |
| Press Releases and Newswires | $252.00 |
| **Total:** | **$4,683.36** |

7.      The expenses incurred are reflected in the books and records contemporaneously prepared by the firm. These books and records are prepared from expense vouchers, invoices, and other billing records, and are an accurate record of the expenses incurred. I have reviewed the expenses for which reimbursement is sought and confirmed that they were reasonably necessary for the effective and efficient prosecution and resolution of the litigation and reasonable in amount. The expenses are all of a type that would normally be charged to a fee-paying client in the private legal marketplace.

2

8.      Holzer's compensation for services rendered and out-of-pocket expenses incurred in this case was and is entirely contingent on the success of the prosecution of the Action, and on the Court's approval of the fee and expense application. None of the attorneys' fees and expenses submitted to this Court has been paid from any source or has been the subject of any prior request or prior award in any litigation or other proceeding.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 14, 2021.

/s/Marshall P. Dees

Marshall P. Dees, Esq.

3