UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LARRY ENRIQUEZ, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | Case No. 19 Civ. 4183 (VM) |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Honorable Victor Marrero |
| NABRIVA THERAPEUTICS PLC, TED SCHROEDER, GARY SENDER, and JENNIFER SCHRANZ, | ) ) ) ) | CLASS ACTION |
| Defendants. | ) ) ) | |

**SUPPLEMENTAL DECLARATION OF NANCY V. ROGERS
REGARDING NOTICE ADMINISTRATION**

I, Nancy V. Rogers, declare as follows:

1.  I am a Project Manager with A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin. Pursuant to the Court's January 28, 2021, Preliminary Approval Order, A.B. Data was appointed as Settlement Administrator in connection with the above-captioned action (the "Action"). I am over 21 years of age and am not a party to the Action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.  I submit this Declaration as a supplement to my earlier declaration, the Declaration of Nancy V. Rogers Regarding Notice Administration, dated April 14, 2021 (the "Notice Administration Declaration").

3.  As detailed in the Notice Administration Declaration, beginning on February 18, 2021, A.B. Data initiated the notice process by mailing the Notice Packet to potential Class Members, publishing the Summary Notice over *PR Newswire*, and posting relevant documents to the Settlement website. A.B.

Data has continued to process requests from brokers and other nominees to facilitate sending the Notice Packet to potential Class Members. As of the date of this Declaration, a total of 9,660 Notice Packets have now been sent to potential Class Members and their nominees.

4. The Notice informed potential Class Members that requests for exclusion from the Class are to be mailed to the Notice Administrator postmarked no later than April 30, 2021. The Notice also set forth the information that was required to be included in each request for exclusion. As of the date of this Declaration, A.B. Data has not received any requests for exclusion.

5. The Notice informed potential Class Members that the deadline to submit a Claim Form was April 30, 2021. As of the date of this Declaration, A.B. Data has received and processed 679 claims. In our experience, many claims are submitted right at the deadline such that additional timely claims might be received after the deadline passes. A.B. Data is currently conducting audits and quality assurance reviews of the submitted claims, such as verifying that the claim includes the required supporting documentation and detecting duplicative claims. Once this audit process is complete, claimants with incomplete or invalid claims will be given an opportunity to supplement or complete their claims. With these steps currently outstanding, the number of claims considered valid has not yet been determined.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of May, 2021.

Nancy V. Rogers